An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN FRANCIS ARPINO,
            Appellant,
    vs.
THE STATE OF NEVADA,
            Respondent.

No. 68142

**FILED**

SEP 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se appeal. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

On June 1, 2015, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
    Saitta

_____ J.
    Gibbons

_____, J.
    Pickering

---

[1] In light of this order, we direct the clerk of this court to return, unfiled, the pro se documents received on September 1, 2015, and September 2, 2015.

SUPREME COURT
OF
NEVAOA

(O) 1947A

15- 29454

cc: Hon. Patrick Flanagan, District Judge
John Francis Arpino
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk